IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOBBINS CHANG, LLC d/b/a FANTASY PLAZA<br>    Plaintiff,<br>v.<br><br>THE CITY OF HOUSTON<br>    Defendant. | § § § § § § § | Civil Action No. 4:18-CV-299 |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Dobbins Chang, LLC hereby dismisses its claims against defendant The City of Houston without prejudice.

Respectfully submitted,

MONSHAUGEN & VAN HUFF, P.C.

_____/s/ Albert T.Van Huff_____
ALBERT T. VAN HUFF
Attorney-in-charge
SBN: 24028183
S.D. Tex.: 26968
1225 North Loop West, Suite 640
Houston, Texas  77008
(713) 880-2992 Tele.
(713) 880-5297 Fax
Email: al@vanhuff.com

ATTORNEYS FOR PLAINTIFF
DOBBINS CHANG D/B/A
FANTASY PLAZA

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been filed with the Court on this 2nd day of March, 2018, using the ECF system, and the Clerk of the Court has electronically served notice upon all parties registered to receive electronic notice of this case.

                                          /s/ Albert T. Van Huff
                                          ALBERT T. VAN HUFF