IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOBBINS CHANG, LLC d/b/a FANTASY PLAZA<br>     Plaintiff,<br>v.<br><br>THE CITY OF HOUSTON<br>     Defendant. | § § § § § § § | Civil Action No. 4:18-CV-299 |

## PLAINTIFF'S MOTION TO RE-STYLE CASE

Plaintiff Dobbins Chang, LLC hereby asks the Court to sign an order re-styling this case as *Dobbins Chang, LLC d/b/a Fantasy Plaza, Plaintiff v. Harris County and Rosemarie Donnelly, Defendants*.

Respectfully submitted,

MONSHAUGEN & VAN HUFF, P.C.

/s/ Albert T. Van Huff
ALBERT T. VAN HUFF
Attorney-in-charge
SBN: 24028183
S.D. Tex.: 26968
1225 North Loop West, Suite 640
Houston, Texas  77008
(713) 880-2992 Tele.
(713) 880-5297 Fax
Email: al@vanhuff.com

ATTORNEYS FOR PLAINTIFF
DOBBINS CHANG D/B/A
FANTASY PLAZA

## CERTIFICATE OF CONFERENCE

This is to certify that I emailed Assistant County Attorney Celina Vinson on February 28, 2018 asking whether she is opposed or unopposed to this motion. She has not responded to my inquiry.

/s/ Albert T. Van Huff
ALBERT T. VAN HUFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been filed with the Court on this 5th day of March, 2018, using the ECF system, and the Clerk of the Court has electronically served notice upon all parties registered to receive electronic notice of this case.

/s/ Albert T. Van Huff
ALBERT T. VAN HUFF