IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOBBINS CHANG, LLC § | |
| d/b/a FANTASY PLAZA, § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 4:18-CV-299 |
| v. § | |
| § | |
| § | |
| THE CITY OF HOUSTON, et al § | |
| § | |
| Defendants § | |

**DEFENDANTS' RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION TO RE-STYLE CASE**

Defendants Harris County and Rosemarie Donnelly are opposed to Plaintiff's Motion to Re-Style the Case as Dobbins Chang LLC d/b/a/ Fantasy Plaza, Plaintiff v. Harris County and Rosemarie Donnelly.

Plaintiff has failed to state a claim upon which relief can be granted against Defendants Harris County and Rosemarie Donnelly, as will be briefed for the Court in a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), to be filed shortly. In addition, Plaintiff has named the wrong parties. Accordingly, to avoid confusion, Defendants respectfully request that the style of the case remain unchanged at least until a ruling on the Defendants' Rule 12(b)(6) Motion.

    Respectfully submitted,

    VINCE RYAN
    Harris County Attorney

    */s/ Celena Vinson*
    CELENA VINSON
    Assistant County Attorney
    Texas State Bar No.:24037651
    Federal I.D. No. 2220428

        Harris County Attorney's Office
        1019 Congress, 15th Floor
        Houston, Texas 77002
        (713) 274-5181 (telephone)
        (713) 755-8924 (facsimile)
        celena.vinson@cao.hctx.net

## **CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing document has been filed with the Court on this 7th day of March 2018, and served upon all parties registered to receive notice using the ECF system.

        */s/Celena Vinson*
        CELENA VINSON