United States District Court
Southern District of Texas
**ENTERED**
May 16, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Dobbins Chang, LLC, §
　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　§
versus 　　　　　　　§　　　Civil Action H-18-299
　　　　　　　　　　　§
City of Houston, et al., §
　　　　　　　　　　　§
　　　　　Defendants. §

## Final Dismissal

Because there is no viable case or controversy, this case is dismissed as moot.

Signed on May 15, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge